UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE WALTERS,

    Plaintiff,

v.                                        CASE NO. 8:17-cv-2304-T-23TGW

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,

    Defendant.
_____/

## **ORDER**

On August 15, 2018, Magistrate Judge Thomas G. Wilson issued a report (Doc. 18) that recommends affirming the Commissioner's decision. More than fourteen days has passed, and no party objects to Magistrate Judge Wilson's thorough and well-reasoned report. Accordingly, the report and recommendation (Doc. 18) is **ADOPTED** and the Commissioner's decision is **AFFIRMED**. The Clerk is directed (1) to enter judgment in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on August 31, 2018.

                                                      /s/ Steven D. Merryday
                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE